IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE DARELL LONG, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-884-WKW |
| | ) WO |
| CHARLES A. SHORT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on October 28, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) entered on October 14, 2014 is adopted;

3. That this case is DISMISSED without prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 3rd day of November, 2014.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE